Opinion issued March 9, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-01033-CV

———————————

In re ExxonMobil CorpORATION, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus 



 



 

MEMORANDUM OPINION

By petition for
writ of mandamus, relator ExxonMobil Corporation challenges the trial court=s* August 31, 2009 order denying ExxonMobil’s motion to compel production
and upholding the privilege claims of real party in interest Duke Energy Field
Services, Inc.

We deny the petition for writ of
mandamus.

PER CURIAM

 

Panel
consists of Justices Keyes, Alcala, and Massengale.

 











*        The
underlying case is Duke Energy Filed Servs., LP v. ExxonMobil Corp.,
No. 2006-56294, in the 334th District Court of Harris County, Texas, the
Honorable Sharon McCally, presiding.